IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-02667-REB

UNITED STATES OF AMERICA,

    Petitioner,

v.

BRUCE DOUGLAS,

    Respondent.

## FINAL ENFORCEMENT ORDER

**Blackburn, J.**

The matter before me is the **Petition To Enforce Internal Revenue Service Summons** [#1][1] filed by petitioner December 8, 2008. The matter came before me on February 12, 2009, for hearing on the **Order To Show Cause** [#2] entered December 9, 2008. The Petitioner appeared by Assistant United States Attorney, Amanda Rocque. Despite proper and timely service of process and notice, the Respondent neither appeared in person or by counsel. After hearing, I grant the petition and make the order to show cause absolute.

Based on the record, I find and conclude as follows.

    1.    On July 24, 2008, the Internal Revenue Service ("IRS") issued a summons to Bruce Douglas ( "Respondent").

    2.    The IRS summons was issued to Respondent for a legitimate purpose —

---

[1] "[#1]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

to obtain information to determine the federal tax liability for the tax years ending December 31, 2005, December 31, 2006, and December 31, 2007.

3. The above-listed tax periods were specified in the IRS summons served on Respondent.

4.The testimony, records, and documents demanded by the IRS summons is not in the possession of the IRS.

5. The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

6. As indicated in the Declaration of Service [#5], Respondent was served on January 10, 2009, with (1) an Order to Show Cause [#2] that was issued by the Court on December 9, 2008; (2) a copy of the Petition [#1] with exhibits; and (3) a Minute Order [#4] resetting the Show Cause Hearing to February 12, 2009, at 11:00 a.m.

7. As of this date, Respondent has failed without legal cause to comply with the IRS summons.

8. Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the IRS summons.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Petition To Enforce Internal Revenue Service Summons** [#1] filed by petitioner December 8, 2008, is granted;

2. That the **Order To Show Cause** [#2] entered December 9, 2008, is made absolute;

3. That Respondent shall comply with and obey the IRS summons served upon

him by appearing at the IRS office at 1999 Broadway, Denver, Colorado, 80202 before Revenue Officer Denise L. Smith, telephone number (303) 603-4821 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than April 10, 2009, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the IRS summons;

4. That failure to comply with this order may result in Respondent being found in contempt of court, in which case he may be fined or imprisoned and/or assessed attorney fees and costs;

5. That petitioner shall cause this order to be served on the Respondent in the manner prescribed by law; and

6. That on entry of this order, this case shall be closed, and judgment shall be entered in favor of the Petitioner.

Dated February 12, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge